RECEIVED
JAN 16 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEONARD HOWARD | DOCKET NO. 12-CV-1018; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| AVOYELLES PARISH SHERIFF, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the report and recommendation mailed November 02, 2012 to Mr. Howard's last known address was returned to the Clerk of Court on November 13, 2012, marked "return to sender". More than thirty days have passed since November 13, 2012, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W and Rule 41(b) of the Federal Rules of Civil Procedure is also appropriate. Accordingly,

IT IS ORDERED that Plaintiff's complaint is DISMISSED.

Thus done and signed at Alexandria, LA this 15th day of January, 2013

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE